UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
Village East, Inc. )
) CASE NO.  20-31144 (11)
)
Debtor(s) )

## ORDER

The above Chapter 11 case came before the Court on April 22, 2020, in Louisville, Kentucky before the Honorable Joan A. Lloyd for a telephonic hearing on the Debtor's Emergency Motion for Citizens Union Bank to Turnover PPP Loan Proceeds (doc. #29).  The Court having considered statements of counsel and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Debtor's Emergency Motion for Citizens Union Bank to Turnover PPP Loan Proceeds be, and hereby is, **DENIED.**

Joan A. Lloyd
United States Bankruptcy Judge

Dated:  April 22, 2020

kg